THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OPPENHEIMER & CO. INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN MITCHELL, DORI MITCHELL, JEROME HOPPER, and LORI HOPPER, <br><br> Defendants. | Case No. 2:23-cv-00067-MJP <br><br> **STIPULATED MOTION REGARDING BRIEFING SCHEDULE FOR MOTION FOR PROTECTIVE ORDER AND [PROPOSED] ORDER** <br><br> Note for: April 20, 2023 |

Plaintiff Oppenheimer & Co. Inc. ("Oppenheimer") and Defendants Steven Mitchell, Dori Mitchell, Jerome Hopper, and Lori Hopper ("Defendants") (collectively, the "Parties") hereby stipulate and agree as follows:

Whereas, in their Joint Status Report and Discovery Plan, the Parties set forth their disagreement on the appropriate scope of discovery in this action and indicated the anticipated need for the Court to resolve that dispute. Dkt. No. 51 at 2, 3;

Whereas, Defendants recently noticed subpoenas for depositions of third-party witnesses implicating the threshold question of the appropriate scope of discovery. *See* Dkt. Nos. 54 & 55;

1  Whereas, counsel for the Parties have conferred and agreed that it will be most efficient for
2  the Court to issue an order concerning the scope of discovery prior to the taking of the noticed
3  depositions;

4  Whereas, the Parties agree to address their dispute regarding the scope of discovery through
5  the mechanism of Oppenheimer's moving for a protective order; and

6  Whereas, the Parties have agreed on a schedule for the briefing of that motion and also to
7  reschedule the noticed depositions following the Court's adjudication of that motion, and further
8  subject to the availability of the third-party deponents;

9  Therefore, the Parties stipulate and agree, and jointly move this Court, for an order
10 establishing a briefing schedule and deadlines on the forthcoming motion for protective order as
11 follows:

| ACTION | DEADLINE |
| --- | --- |
| Oppenheimer's Motion for Protective Order | April 28, 2023 |
| Defendants' Response | May 12, 2023 |
| Oppenheimer's Reply | May 19, 2023 |
| Noting Date (Without Oral Argument) | May 19, 2023 |

IT IS SO STIPULATED.

Dated: April 20, 2023.

Respectfully submitted,

| | |
| --- | --- |
| **MORGAN, LEWIS & BOCKIUS LLP** | **BRESKIN JOHNSON TOWNSEND PLLC** |
| By: *s/ Andrew DeCarlow* | By: *s/ Roger M. Townsend* |
| Andrew DeCarlow, WSBA No. 54471 | Roger M. Townsend, WSBA No. 25525 |
| 1301 Second Avenue, Suite 2800 | 1000 Second Avenue, Suite 3670 |
| Seattle, WA 98101 | Seattle, Washington 98104 |
| Phone: (206) 274-6400 | Phone: (206) 652-8660 |
| Email: andrew.decarlow@morganlewis.com | Email: rtownsend@bjtlegal.com |

STIPULATED MOTION RE BRIEFING SCHEDULE FOR
MOTION FOR PROTECTIVE ORDER AND [PROPOSED]
ORDER – PAGE 2
CASE NO. 2:23-cv-00067-MJP

By: *s/ Jason Frank*
Jason D. Frank (*pro hac vice*)
Matthew C. McDonough (*pro hac vice*)
One Federal Street
Boston, MA 02110
Phone: (617) 951-8000
Email: jason.frank@morganlewis.com
         matthew.mcdonough@morganlewis.com

*Counsel for Plaintiff*

**LAW OFFICE OF CRAIG KUGLAR, LLC**
Craig H. Kuglar (Admitted *pro hac vice*)
931 Monroe Drive NE, Suite A102-353
Atlanta, Georgia 30308
Phone: (404) 432-4448
Email: ck@kuglarlaw.com

**CHAPMAN ALBIN LLC**
John S. Chapman (Admitted *pro hac vice*)
200 Hoyt Block
700 West St. Clair Avenue
Cleveland, Ohio 44113
Phone: (216) 241-8172
Email: jchapman@chapmanlegal.com

**LAW OFFICE OF S. SAMUEL GRIFFIN**
S. Samuel Griffin (*pro hac vice* pending)
1542 Lavista Road, NE
Atlanta, GA 30329
Phone: (404) 989-0665
Email: Attyinatl@gmail.com

*Counsel for Defendants*

**~~[PROPOSED]~~ ORDER**

The Parties have stipulated to a briefing schedule for a forthcoming motion for protective order. Upon review of the record, IT IS SO ORDERED.

Dated this 20th day of April 2023.

_____
Tana Lin
United States District Judge