THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OPPENHEIMER & CO. INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN MITCHELL, DORI MITCHELL, JEROME HOPPER, and LORI HOPPER, <br><br> Defendants. | Case No. 2:23-cv-00067-MJP <br><br> **STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE RE MOTIONS FOR SUMMARY JUDGMENT** <br><br> NOTE ON MOTION CALENDAR: |

**STIPULATION**

Plaintiff Oppenheimer & Co. Inc., and Defendants Steven Mitchell, Dori Mitchell, Jerome Hopper, and Lori Hopper (collectively, the "Parties"), hereby STIPULATE AND AGREE, as follows:

WHEREAS, Plaintiff and Defendants both filed respective Motions for Summary Judgment (Dkts. 69 & 71) (the "Motions") on January 22, 2024;

WHEREAS, the Motions are currently noted for consideration on February 16, 2024;

WHEREAS, the Parties have conferred and agree that additional time is warranted to respond to the Motions;

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE RE MOTIONS FOR SUMMARY JUDGEMENT – PAGE 1
CASE NO. 2:23-cv-00067-MJP

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

THEREFORE, the Parties stipulate and hereby jointly move this Court for an order establishing the following briefing scheduling on the pending Motions:

1. The Parties' respective responses to the Motions will be due on February 23, 2024;

2. The Parties' respective replies in support of the Motions will be due on March 8, 2024; and

3. The noting date on the Motions will be reset for March 8, 2024.

*IT IS SO STIPULATED*.

DATED this 1st day of February, 2024.

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP** | **LAW OFFICE OF S. SAMUEL GRIFFIN** |
| By: *s/ Andrew DeCarlow* <br> Andrew DeCarlow, WSBA No. 54471 <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Email: andrew.decarlow@morganlewis.com | By: *s/ Samuel Griffin* <br> S. Samuel Griffin, *admitted pro hac vice* <br> 1542 Lavista Road NE <br> Atlanta, GA 30329 <br> Phone: (404) 989-0665 <br> attyinatl@gmail.com |
| Jason Frank (*pro hac vice*) <br> Matthew McDonough (*pro hac vice*) <br> One Federal Street <br> Boston, MA 02110 <br> Phone: (617) 951-8000 <br> Email: jason.frank@morganlewis.com <br>   matthew.mcdonough@morganlewis.com | **BRESKIN JOHNSON & TOWNSEND PLLC** <br><br> By: *s/ Roger M. Townsend* <br> Roger M. Townsend, WSBA No. 25525 <br> 1000 Second Avenue, Suite 3670 <br> Seattle, WA 98104 <br> Phone: 206-652-8660 <br> rtownsend@bjtlegal.com |
| Matthew Papkin (*pro hac vice*) <br> 600 Brickell Avenue, Suite 1600 <br> Miami, FL 33131 <br> Phone: (305) 415-3392 <br> Email: matthew.papkin@morganlewis.com <br><br> *Counsel for Plaintiff Oppenheimer & Co. Inc* | **LAW OFFICE OF CRAIG KUGLAR, LLC** <br> Craig H. Kuglar, *admitted pro hac vice* <br> 931 Monroe Drive NE, Suite A102-353 <br> Atlanta, Georgia 30308 <br> Tel: (404) 432-4448 <br> ck@kuglarlaw.com |
| | **CHAPMANALBIN LLC** <br> John S. Chapman, *admitted pro hac vice* <br> 200 Hoyt Block <br> 700 West St. Clair Avenue |

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE RE MOTIONS FOR SUMMARY JUDGEMENT – PAGE 2
CASE NO. 2:23-cv-00067-MJP

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

Cleveland, Ohio 44113
Tel: (216) 241-8172
jchapman@chapmanlegal.com

*Attorneys for Defendants*

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE RE MOTIONS FOR SUMMARY JUDGEMENT – PAGE 3
CASE NO. 2:23-cv-00067-MJP

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: February 2, 2024.

*[signature]*

MARSHA J. PECHMAN
UNITED STATES SENIOR DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Andrew DeCarlow*
Andrew DeCarlow, WSBA No. 54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: andrew.decarlow@morganlewis.com

Jason Frank (*pro hac vice*)
Matthew McDonough (*pro hac vice*)
One Federal Street
Boston, MA 02110
Phone: (617) 951-8000
Email: jason.frank@morganlewis.com
       matthew.mcdonough@morganlewis.com

Matthew Papkin (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131
Phone: (305) 415-3392
Email: matthew.papkin@morganlewis.com

*Counsel for Plaintiff Oppenheimer & Co. Inc*

**LAW OFFICE OF S. SAMUEL GRIFFIN**

By: *s/ Samuel Griffin*
S. Samuel Griffin, *admitted pro hac vice*

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE RE MOTIONS FOR SUMMARY JUDGEMENT – PAGE 4
CASE NO. 2:23-cv-00067-MJP

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1542 Lavista Road NE
Atlanta, GA 30329
Phone: (404) 989-0665
Email: attyinatl@gmail.com

**BRESKIN JOHNSON & TOWNSEND PLLC**

By: *s/ Roger M. Townsend*
Roger M. Townsend, WSBA No. 25525
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Phone: 206-652-8660
rtownsend@bjtlegal.com

**LAW OFFICE OF CRAIG KUGLAR, LLC**
Craig H. Kuglar, *admitted pro hac vice*
931 Monroe Drive NE, Suite A102-353
Atlanta, Georgia 30308
Tel: (404) 432-4448
ck@kuglarlaw.com

**CHAPMANALBIN LLC**
John S. Chapman, *admitted pro hac vice*
200 Hoyt Block
700 West St. Clair Avenue
Cleveland, Ohio 44113
Tel: (216) 241-8172
jchapman@chapmanlegal.com

*Attorneys for Defendants*

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE RE MOTIONS FOR SUMMARY JUDGEMENT – PAGE 5
CASE NO. 2:23-cv-00067-MJP

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401