UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OPPENHEIMER & CO. INC., | CASE NO. C23-67 MJP |
| Plaintiff, | ORDER DENYING STIPULATED MOTION TO STAY |
| v. | |
| STEVEN MITCHELL, DORI MITCHELL, JEROME HOPPER, and LORI HOPPER, | |
| Defendants. | |

This matter comes before the Court on the Parties' Stipulated "Motion to Stay Pending . . . [a Ruling on the] Motions for Summary Judgment." (Dkt. No. 82.) Having reviewed the Motion and all supporting materials, the Court DENIES the Motion. The Parties ask the Court to stay all deadlines and vacate the bench trial date while the Court considers and rules on the Parties' cross-motions for summary judgment that noted on March 8, 2024. The Court does not find good cause to alter the existing case schedule and vacate the trial date. When the Court set the case schedule, it set a dispositive motion deadline of January 8, 2024 and then agreed to the Parties'

request for an extension of the briefing deadline to have the motions note on March 8, 2024. (See Dkt. Nos. 52, 75.) The Court continues to believe there is sufficient time for it to rule on the pending cross-motions within the next thirty days without causing the parties to expend unnecessary resources. Accordingly, the Court DENIES the Motion. Should the Court require more than thirty days to rule on the cross motions, it may reconsider whether an extension of certain deadlines is warranted and so notify the Parties.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 20, 2024.

Marsha J. Pechman
United States Senior District Judge