# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| OPPENHEIMER,<br><br>               Plaintiff,<br><br>    v.<br><br>STEVEN MITCHELL, DORI MITCHELL, JEROME HOPPER, and LORI HOPPER,<br><br>               Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C23-67 MJP |

\_\_     **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

    THE COURT HAS ORDERED THAT

Plaintiff Oppenheimer is entitled to complete relief on its declaratory judgment action. The Court DECLARES Oppenheimer has no obligation to arbitrate any and claims Defendants asserted or could have asserted against Oppenheimer in the FINRA arbitration. The Court PERMANENTLY ENJOINS Defendants from arbitrating against Oppenheimer any claims they asserted or could have asserted against Oppenheimer in the FINRA arbitration.

//

//

//

Dated April 5, 2024.

                                          <u>Ravi Subramanian</u>
                                          Clerk of Court

                                          <u>s/ Serge Bodnarchuk</u>
                                          Deputy Clerk